Harry J. Fireman, appellee, v. Oliver F. Smith, appellant. Gen. No. 36,403.

Opinion filed May 23, 1933. Rehearing denied June 6, 1933.

Ossian Cameron and Edward H. S. Martin, for appellant. Isadore Wolfsohn, Harry J. Fireman and Arthur Chittick, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

Nathan Brown et al., appellees, v. Foreman-State Trust & Savings Bank et al., defendants, on appeal of Foreman-State Trust & Savings Bank, appellant. Gen. No. 36,730.

Opinion filed May 23, 1933.

D'Ancona, Pflaum & Kohlsaat, for appellant. Lowenhaupt & Wolff, Altheimer, Mayer, Woods & Smith and Max Krauss, for appellees; Oscar M. Wolff, George W. Struckmann and William F. Struckmann, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Edward V. Corff, appellee, v. Adams & Ragan Manufacturing Company et al., appellants. Gen. No. 36,227.

Opinion filed May 24, 1933. Rehearing denied June 7, 1933.

Luster & Luster, for appellants; Julian J. Luster, of counsel. Stanley S. Jasinski and Ednyfed Williams, for appellee; Stanley S. Jasinski, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Crane Company, appellant, v. Frank S. Hagglund, appellee. Gen. No. 36,236.

Opinion filed May 24, 1933.

Alden, Latham & Young, for appellant; William L. Quinlan, of counsel. Harry C. Lindahl, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.